UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAISY MILLER,

    Petitioner,

v.                                    Case No. 5:22cv180/TKW/MAL

KEVIN D. PISTRO,
WARDEN, F.C.I. MARIANNA,

    Respondent.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed as moot because Petitioner has obtained the relief requested in her habeas petition. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED as moot.

3. Respondent's motion to dismiss (Doc. 11) is DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 4th day of August, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**